# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Alan Inman — Case No. Civil 00-1239RHK/AJB

v. — **JUDGMENT IN A CIVIL CASE**

Richard L. Stiff

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are **OVERRULED**; the report and recommendation is **ADOPTED**; petitioner's motion for leave to proceed in forma pauperis is **DENIED**; and petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

DATE: June 27, 2000

FRANCIS E. DOSAL, CLERK

________________________________

Denise La Fond, Deputy Clerk